DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD STOLLER,**
Appellant,

v.

**HOPE STOLLER,**
Appellee.

No. 4D2023-1803

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Susan F. Greenhawt, Judge; L.T. Case No. FMCE 16-005789.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Julie A. DiMaggio of DiMaggio Law Offices, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and HARPER, BRADLEY G., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***